IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>A & L, INC. )<br><br>Defendant. ) | Case No. 05 C 3767<br><br>Judge Bucklo |

## MOTION FOR SUPPLEMENTAL JUDGMENT

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter a supplemental judgment and in support state:

1. Plaintiffs filed their complaint on June 28, 2005 seeking access to the books and records of the Defendant in order to conduct an audit. On January 12, 2006 this Court entered a judgment order directing the Defendant to submit its books and records for an audit. The Court also retained jurisdiction to enter a supplemental order after the completion of the audit. **(Exhibit A)**

2. A copy of the judgment order and letter was sent to the Defendant requesting compliance. **(Exhibit B)**

3. The Defendant produced some of its book and records and a preliminary audit was conducted by the accounting firm of Legacy Professionals LLP. The audit revealed ERISA fringe benefit contribution discrepancies owed for the period September 2000 through December 2004 totaling $165,577.70. **(Exhibit C, declaration of James J. Giemzik)**

4. The Defendant owes interest on the unpaid ERISA contributions in the amount of $44,940.27 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). **(Exhibit D, declaration of James Rosemeyer)**

5.  The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $33,115.54 for the period September 2000 through December 2004 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). **(Exhibit D)**

6.  The Defendant owes the sum of $2,714.10 for necessary and reasonable attorney fees which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). **(Exhibit E, declaration of Daniel P. McAnally)**

7.  A copy of the audit was sent to the Defendant on July 27, 2006. In that correspondence, the Plaintiffs asked the Defendant for its position relative to the findings. The Defendant did not respond. Again on September 22, 2006, correspondence was sent to the Defendant asking for its position relative to the audit findings. The letter stated that if there was no forthcoming response, the Plaintiffs would seek a supplemental judgment. Again, the Defendant did not respond. **(Exhibit F)**

WHEREFORE, Plaintiffs pray that their motion for supplemental judgment be granted in the amount of $257,181.36.

Respectively submitted,

s/ DANIEL P. McANALLY

Attorney for Plaintiffs

Whitfield & McGann
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288